**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **THOMAS MANFORD MOORE,** | ) | **Civil Action No. 7:15-cv-00152** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **MEMORANDUM OPINION** |
| | ) | |
| **BENJAMIN WRIGHT, et al.,** | ) | **By: Hon. Michael F. Urbanski** |
| **Defendants.** | ) | **United States District Judge** |

Thomas Manford Moore, a Virginia inmate proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff names as defendants Benjamin Wright, Harold Clarke, David Robinson, and M. Ponton. However, Plaintiff does not describe any personal act or omission by any defendant. Section 1983 requires a showing of personal fault on the part of a defendant either based on the defendant's personal conduct or another's conduct in execution of the defendant's policies or customs. Fisher v. Washington Metro. Area Transit Author., 690 F.2d 1133, 1142-43 (4th Cir. 1982), abrogated on other grounds by Cnty. of Riverside v. McLaughlin, 500 U.S. 44 (1991). Accordingly, the court dismisses the complaint without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted.

Entered: May 13, 2015
/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge